```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 06 B 12626
   ROBERT W HOFFMAN
                                                  CHAPTER 13

                                                  JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4431

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/04/2006 and was confirmed 12/20/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  20.00%.

      The case was dismissed after confirmation 09/26/2007.
--------------------------------------------------------------------------------
   CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
   FIFTH THIRD BANK          CURRENT MORTG        .00            .00            .00
   FIFTH THIRD BANK          MORTGAGE ARRE   17990.00         613.32       11122.60
   OAKWOOD HILLS CONDOMINIU  SECURED NOT I        .00            .00            .00
   SUSAN HOFFMAN             PRIORITY       NOT FILED            .00            .00
   CREDIT PROTECTION         UNSECURED      NOT FILED            .00            .00
   HOUSEHOLD BANK            UNSECURED      NOT FILED            .00            .00
   UNIFUND CCR PARTNERS      UNSECURED        8213.32            .00            .00
   OAKWOOD HILLS CONDOMINIU  MORTGAGE ARRE    3234.47            .00         135.01
   FIFTH THIRD MORTGAGE      NOTICE ONLY    NOT FILED            .00            .00
   OAKWOOD HILLS CONDOMINIU  MORTGAGE ARRE        .00            .00            .00
   JOSEPH A BALDI & ASSOC    DEBTOR ATTY          .00                           .00
   TOM VAUGHN                TRUSTEE                                        705.71
   DEBTOR REFUND             REFUND                                            .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
   TRUSTEE          12,576.64

   PRIORITY                                     .00
   SECURED                                11,257.61
      INTEREST                               613.32
   UNSECURED                                    .00
   ADMINISTRATIVE                               .00
   TRUSTEE COMPENSATION                      705.71
   DEBTOR REFUND                                .00
                                     ---------------   ---------------
   TOTALS              12,576.64             12,576.64


              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 12626 ROBERT W HOFFMAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 12626 ROBERT W HOFFMAN